**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| CHUDWUKI NJOKU, | ) | |
| | ) | |
| Plaintiff, | ) | DIST. COURT NO.:4:15-CV-1771 |
| | ) | |
| vs. | ) | STATE CASE NO.: |
| | ) | 15SL-AC12859 |
| GC SERVICES LIMITED PARTNERSHIP, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE TO THE PLAINTIFF OF NOTICE OF REMOVAL**

TO:

    Steven A. Donner
    Donner Applewhite
    1108 Olive Street, Suite 200
    St. Louis, MO 63101

Defendant, GC SERVICES LIMITED PARTNERSHIP ("GC" or "Defendant") by its attorneys, Hinshaw & Culbertson LLP, hereby gives Notice to the Plaintiff that pursuant to 28 U.S.C. §§1441 and 1446, Defendant has caused to be filed a Notice of Removal of this cause now pending in the Circuit Court for the City of St. Louis, Missouri.

Respectfully submitted,

**HINSHAW & CULBERTSON LLP**

By:   */s/Vitaly Libman*
      One of its attorneys.

Hinshaw & Culbertson LLP
521 West Main Street, Suite 300
P.O. Box 509
Belleville, IL 62222-0509
Telephone: 618-310-2388
Facsimile: 618-655-0467
vlibman@hinshawlaw.com

10953566v1 0980219

2

**<u>CERTIFICATE OF SERVICE</u>**

      I hereby certify that on December 1, 2015, I caused **DEFENDANT'S NOTICE TO THE PLAINTIFF OF NOTICE OF REMOVAL** to be electronically filed with the clerk of the Court through the CM/ECF system with a copy of the same to be served by regular mail to the following:

Steven A. Donner
Donner Applewhite
1108 Olive Street, Suite 200
St. Louis, MO 63101
Attorneys for Plaintiff

                                                    */s /Vitaly Libman*

10953566v1 0980219