**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| CHUDWUKI NJOKU, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GC SERVICES LIMITED PARTNERSHIP, )<br>)<br>Defendant. ) | Case No.: 4:15-cv-01771-HEA |

## NOTICE OF SETTLEMENT

COME NOW the Plaintiff and Defendant by and through their counsel of record and for their Notice of Settlement, hereby state as follows:

1. The Plaintiff and Defendant have reached a settlement.

2. The Parties will be filing a Stipulation of Dismissal with Prejudice, with each party to pay his or its own attorneys' fees and costs, once the settlement documents have been executed by the parties and delivered to all counsel. The parties expect this to happen by January 15, 2016.

Dated: December 21, 2015.

| | |
|---|---|
| s/ Steven A. Donner | /s/ Vitaly Libman |
| Steven A. Donner, Esq. | Vitaly Libman |
| Aektra Legal, LLC | Hinshaw and Culbertson |
| 1108 Olive Street, Suite 200 | 521 W. Main Street, Suite 300, P.O. Box 509 |
| St. Louis, MO  63101 | Belleville, IL 62222 |
| Telephone: (314) 240-5350 | Telephone: (618) 277-2400 |
| E-mail:  steve.donner@aektralegal.com | E-mail:  vlibman@hinshawlaw.com |
| Attorney for the Plaintiff | Attorney for Defendant |