**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| CHUDWUKI NJOKU, | ) |
| | ) Case No.: 4:15-cv-01771-HEA |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| GC SERVICES LIMITED PARTNERSHIP, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED and agreed to by and between Plaintiff and Defendant, through their respective undersigned counsel, that the above-captioned action, shall be and is hereby dismissed with prejudice without costs, disbursements or attorney fees to any party and that a judgment of dismissal with prejudice may be entered in the above-captioned action accordingly.

Dated:  January 6, 2016.

By:

s/ Steven A. Donner
Steven A. Donner, Esq., 63789MO
Aektra Legal, LLC
1108 Olive Street, Suite 200
St. Louis, MO  63101
Telephone: (314) 240-5350
E-mail:  steve.donner@aektralegal.com
Attorney for the Plaintiff

/s/ Vitaly Libman
Vitaly Libman
Hinshaw and Culbertson
521 W. Main Street, Suite 300, P.O. Box 509
Belleville, IL 62222
Telephone: (618) 277-2400
E-mail:  vlibman@hinshawlaw.com
Attorney for Defendant